1

2

3                        UNITED STATES DISTRICT COURT

4                              DISTRICT OF NEVADA

5                                    * * *

6   DUSTIN HOWLETT,                          Case No. 3:23-cv-00405-MMD-CSD

7                           Plaintiff,                ORDER

            v.
8
    WILLIAM GITTERE, *et al.*,
9
                           Defendants.
10

11          On August 14, 2023, *pro se* Plaintiff Dustin Howlett filed a civil-rights complaint

12   under 42 U.S.C. § 1983, alleging that his rights under the Eighth and Fourteenth

13   Amendments were violated while he was incarcerated at Northern Nevada Correctional

14   Center. (ECF No. 1.) Plaintiff has paid the full $402 filing fee for this action. (ECF No. 1-

15   1.) According to the Nevada Department of Corrections inmate database, Plaintiff is no

16   longer incarcerated and has been paroled. Additionally, the Court's mail to Plaintiff has

17   been returned as undeliverable, stating that Plaintiff was paroled on May 4, 2023, before

18   he filed this action. (ECF Nos. 4, 7.)

19          Considering Plaintiff's non-incarcerated status and his payment of the filing fee,

20   the Court is not required to screen the complaint under 28 U.S.C. §§ 1915 or 1915A. *See*

21   *Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that

22   "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time

23   they file their complaints"); *see also Lopez v. Smith*, 203 F.3d 1122, 1126, 1129 (9th Cir.

24   2000) (recognizing that screening under 28 U.S.C. § 1915(e) applies to actions filed *in*

25   *forma pauperis* whether or not the plaintiff is incarcerated). This case will now proceed

26   onto the normal litigation track. Because Plaintiff has paid the full filing fee for this action

27   and has not requested service by the U.S. Marshals Service, *see* Fed. R. Civ. P. 4(c)(3),

28   Plaintiff is responsible for completing service of the summonses and copies of the

1   complaint within 90 days from the date of this order. *See id.* at 4(m). And if Plaintiff wishes

2   to proceed with this action, he must file his updated address with the Court. *See* LR IA 3-

3   1 (providing that a "pro se party must immediately file with the court written notification of

4   any change of mailing address, email address, telephone number, or facsimile number").

5          It is therefore ordered that this case will proceed on the normal litigation track.

6          It is further ordered that service must be perfected within 90 days from the date of

7   this order.

8          It is further ordered that Plaintiff has until 30 days from the date of this order to file

9   his updated address with the Court.

10         It is further ordered that if Plaintiff fails to timely comply with this order, this action

11   will be subject to dismissal without prejudice.

12         The Clerk of Court is directed to send a courtesy copy of this order to the Oregon

13   address listed on Plaintiff's fee-payment check: 8923 SW Chandler Ridge Place,

14   Terrebonne, OR 97760.

15         DATED THIS 6th Day of September 2023.

16

17   _____

18   MIRANDA M. DU
     CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2