# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN HOWLETT,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　　　　Defendants. | 3:23-cv-00405-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 12 |

Before the court is Plaintiff's Motion for Extension of Time to Serve Defendants. (ECF No. 12.)

Good cause appearing, Plaintiff's Motion for Extension of Time to Serve Defendants (ECF No. 12) is **GRANTED** to the extent that Plaintiff shall have to and including **December 27, 2023**, in which to effectuate service on Defendants.

**IT IS SO ORDERED.**

DATED: December 8, 2023.

_____
UNITED STATES MAGISTRATE JUDGE