AARON D. FORD
  Attorney General
CECELIA J. BLUE, Bar No. 17031C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1114
E-mail: cblue@ag.nv.gov

*Attorneys for Defendant William Gittere*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTIN HOWLETT,<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00405-MMD-CSD<br><br>**ORDER GRANTING<br>DEFENDANT'S MOTION FOR AN EXTENSION OF TIME FOR DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER<br>(THIRD REQUEST)** |

Defendant, William Gittere, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, Office of the Attorney General ("OAG"), hereby move this Honorable Court for an extension of time for the submission of dispositive motions and the Joint Pretrial Order ("JPTO").

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    FACTUAL ANALYSIS**

This is a 42 U.S.C § 1983 civil rights claim brought by Dustin Howlett ("Howlett"). This Court entered an Order to Extend Discovery (ECF No. 37) on May 5, 2025, based on the Parties' stipulation for an extension of time on discovery. The deadline for filing dispositive motions was set for October 2, 2025, with the JPTO due on November 3, 2025. Subsequently and upon Defendant's motion, this Court entered an order extending the dispositive motion deadline to December 31, 2025, and the JPTO deadline to February 2, 2026. ECF No. 40.

///

From August 24, 2025, through the end of September, there was an ongoing statewide technology outage which prevented access to printers, electronic records, and documents. Additionally, the undersigned counsel took over this case from DAG Mark Hackmann and needed time to review the records and documents in this case and file any necessary dispositive motion. Since that time, DAG Mark Hackmann and DAG Jeffrey Whipple left the OAG permanently and their cases were reassigned. Defendant's counsel took over a number of those reassigned cases from both DAGs caseloads.

As such, Defendant now files a Motion for an Extension of Time for Dispositive Motions and JPTO. Defendant requests that the deadline be extended by 60 days. This is the third request to extend the deadlines, and the first request was part of a stipulation to extend all scheduled discovery deadlines.

## II.     ARGUMENT

Defendant respectfully requests an extension of the dispositive motions and JPTO deadlines in this case. From August 24, 2025, through the end of September 2025, an ongoing statewide technology outage blocked and prohibited the Attorney General Office's staff from accessing client files, documents, software, and hardware. Additionally, undersigned counsel took over this case from DAG Mark Hackmann, and counsel needed time to review records and documents in this case and prepare said motion. Since that time, DAG Mark Hackmann and DAG Jeffrey Whipple left the OAG permanently and their cases were reassigned. Defendant's counsel took over a number of those reassigned cases from both DAGs caseloads.

Fed. R. Civ. P. Rule 6(b)(1) allows parties to request extensions of deadlines on motion. "When an act may or must be done within a specified time, the court may, for good cause, extend the time…." Furthermore, parties may request extensions of deadlines on motion after the time has expired if the party failed to act because of excusable neglect. Defense Counsel, who replaced DAG Mark Hackmann on this case and took over responsibility for a number of additional cases when DAG Mark Hackmann and DAG Jeffrey Whipple left the OAG permanently, needs additional time to review the files and

documents in this case and prepare the necessary dispositive motion and the subsequently required JPTO.

### A. Proposed Schedule for Dispositive Motions and JPTO

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Dispositive Motions Deadline | December 31, 2025 | March 3, 2026 |
| JPTO Deadline | February 2, 2026 | April 2, 2026 |

### III. CONCLUSION

Defendant respectfully requests this Honorable Court extend the deadlines for the dispositive motions and JPTO in the instant matter. Defendant asserts that the requisite good cause is present to warrant an extension of time.

DATED this 30th day of December 2025.

        AARON D. FORD
        Attorney General

By: */s/ Cecelia J. Blue*
     CECELIA J. BLUE, Bar No. 17031C
     Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED: December 31, 2025.

_____
Craig S. Denney
United States Magistrate Judge