**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUSTIN HOWLETT,

Plaintiff

v.

WILLIAM GITTERE, *et al.*,

Defendants

Case No.: 3:23-cv-00405-MMD-CSD

**Order**

Re: ECF No. 51

Plaintiff has filed a motion to compel (ECF No. 51); however, Plaintiff fails to comply with the requirement in the Federal Rules of Civil Procedure, Local Rules and the Scheduling Order in this case (ECF No. 34) to include a declaration certifying efforts were made to meet and confer to attempt to resolve the dispute informally before filing a discovery motion. Therefore, Plaintiff's motion to compel (ECF No. 51) is **DENIED WITHOUT PREJUDICE**.

Plaintiff's motion also includes a declaration pursuant to Federal Rule of Civil Procedure 56(d). (ECF No. 51 at 4-6.) Plaintiff's request, to the extent he asks the court to deny or defer ruling on the motion for summary judgment, and to the extent he seeks an extension of time to respond to the motion for summary judgment, is **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file his request, in a separate motion or stipulation, after meeting and conferring with Defendants.

**IT IS SO ORDERED**.

Dated: October 13, 2026

Craig S. Denney
United States Magistrate Judge